UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

  DORSEY,

               Plaintiff,

    -agaisnt-

  Gannon etc., et al.,

               Defendants
--------------------------------------------------------X

Docket No. 20-cv-0125

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel
         New York City Coporation Counsel
         New York City Law Department
         100 Church Street
         New York, New York 10007

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I  Earl Dubois Raynor, Jr.  will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of  Civil Rights Consortium, Inc., Legal Division  and a member in good standing of the bar(s) of the State(s) of  New York , as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for  Classie M. Dorsey . There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: March 23, 2020

                                      Respectfully submitted,

                                      *E. Dubois Raynor, Jr.*
                                      Signature of Movant
                                      Firm Name Civil Rights Consortium, Inc. - Legal Division
                                      Address 547 North Avenue
                                      New Rochelle, New York 10801
                                      Email dubois.raynor@civilrightsconsortium.com
                                      Phone (855) 490-3984, Ext. 102